# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE HOWARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, INC. and Does 1-25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 1:11-cv-00891-LJO -DLB<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE TIME TO FILE A RESPONSIVE PLEADING 28 DAYS**<br><br>Complaint Filed: December 15, 2010 |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Bank of America, N.A.'s *Ex Parte* Application For an Order Extending the Time to File a Responsive Pleading is hereby GRANTED:

Defendant shall have until July 1, 2011 to file and serve their responsive pleading to the Complaint.

IT IS SO ORDERED.

Dated: **June 6, 2011**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

31569799.1

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSIVE PLEADING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

31394279.1

2

**NOTICE OF RELATED CASES**