UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

June 10, 2011

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

U.S. Clerks Office
United States Courthouse
Robert T. Matsui
 United States Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814-7300

Case# 1:11-CV-0891 LJO DLB

**FILED**

JUN 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

Re: Bank of America Wage and Hour Employment Practices Litigation
    District of Kansas Case Number: 10-MD-2138-JWL-KGS

Dear Clerks:

Please be advised that pursuant to the attached transfer order (MDL 2138) the following cases are transferred to the District of Kansas. The case has been assigned to Judge John W. Lungstrum and Magistrate Judge K. Gary Sebelius. Please use the interdistrict case transfer feature in CM/ECF. If you have any questions please contact our office at 913-735-2200.

~~11-00315~~ Howard v. Bank of America
1:11-CV-0891 LJO DLB

TIMOTHY M. O'BRIEN, CLERK

By: s/Mike Mort
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BANK OF AMERICA WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION                         MDL No. 2138

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−10)

On April 14, 2010, the Panel transferred 10 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 706 F.Supp.2d 1369 (J.P.M.L. 2010). Since that time, 11 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Kansas for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 10, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 6-10-11
Clerk, U.S. District Court
By: _____ Deputy Clerk

| IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL No. 2138 |

## SCHEDULE CTO-10 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA EASTERN

| CAE | 1 | 11-00315 | Howard v. Bank of America |