1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATALIE HOWARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, INC.,<br><br>    Defendant. | CASE NO. 1:11-CV-00891-LJO-DLB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (FRCP 41(A)(1)(A)(II))** |

Based upon the parties' Stipulation, the above-captioned action hereby is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own costs and attorneys' fees, except as otherwise may be provided in the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  **June 21, 2016**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE